```
1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   GREAT AMERICAN INSURANCE
6  COMPANY OF NEW YORK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; and MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation;<br><br>Defendants. | Case No.: 3:18-cv-02364<br><br>**COMPLAINT FOR DAMAGE TO OCEAN CARGO**<br><br>_____<br><br>(Damages in the sum of $53,058.00) |

Plaintiff's complaint follows:

1. Plaintiff GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("GAICNY"), is now, and at all times herein material was, a corporation duly organized and existing by virtue of law. GAICNY is a citizen of the state of New York and was the insurer of the cargo that is the subject of this action.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges that, Defendants MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation, and MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation (hereafter collectively "MSC"), are now and at all times herein material were engaged in business as common carriers for hire within the United States and within this judicial district.

3. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act, 46 U.S.C. § 30701 Note, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. Venue is proper under 28 U.S.C. § 1391(b).

4. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

5. Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or about April 1, 2017, at Callo, Peru, Defendants, and each of them, received a shipment of fresh grapes for carriage under bill of lading numbers MSCUP6010636, MSCUL3996661, and others, issued by and/or on behalf of said Defendants. Defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Callo, Peru to Philadelphia, PA, and there deliver said cargo to the lawful holder of the aforementioned bills of lading, and others, in the same good order and condition as when received.

6. Thereafter, in breach of and in violation of said agreements, Defendants, and each of them did not deliver said cargo in the same good order and condition as when received at Callo, Peru. To the contrary, Defendants, and each of them, delivered the cargo in a damaged condition. As a result, the value of the cargo was depreciated in the amount of $53,058.00.

7. Prior to the shipment of the herein described cargo and prior to any loss thereto, plaintiff GAICNY issued its policy of insurance whereby plaintiff GAICNY agreed to indemnify the owner of the cargo and its assigns, against loss of or damage to said cargo while in transit, including mitigation expenses, and plaintiff GAICNY has therefore become obligated to pay, and has paid to the person entitled to payment under said policy the sum of $53,058.00, on account of the herein described loss.

8. Plaintiff has therefore been damaged in the sum of $53,058.00, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

1  WHEREFORE, plaintiff prays that this Court enter judgment in its favor and against defendants; that this Court decree payment by defendants, to plaintiff in the sum of $53,058.00, together with prejudgment interest thereon and costs of suit herein; and that plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: April 19, 2018                    GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK