1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

        Plaintiff,

      v.

MEDITERRANEAN SHIPPING
COMPANY S.A.,

        Defendant.

Case No.  18-cv-02364-DMR

**ORDER OF CONDITIONAL
DISMISSAL**

The court has been notified of the settlement of this action, and it appears that no issue remains for the court's determination.

IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 45 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

     **IT IS SO ORDERED**.

Dated: November 14, 2018

_____
DONNA M. RYU
United States Magistrate Judge